STATE OF CONNECTICUT *v.* ROBERT WATSON

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 591 (AC 16892), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided November 18, 1998

JACQUELINE WRIGHT ET AL. *v.* PHILIP HUTT

The plaintiffs' petition for certification for appeal from the Appellate Court, 50 Conn. App. 439 (AC 17063), is denied.

*Steven D. Jacobs*, in support of the petition.

*Christopher L. Jefford* and *Craig A. Fontaine*, in opposition.

Decided November 18, 1998